IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUTH H. S., | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | No. 24-cv-5117 |
| | : | |
| FRANK BISIGNANO, | : | |
| *Commissioner of Social Security* | : | |

## ORDER

**AND NOW**, this 27th day of February 2026, upon consideration of Plaintiff's Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406(b) (Docs. 15, 16), and Defendant's Response to Plaintiff's Petition for Attorney's Fees Under 42 U.S.C. § 406(b) (Doc. 17), it is hereby **ORDERED** that:

1. The Motion for Attorney's Fees is hereby **GRANTED, in part, and DENIED, in part**.

2. Joshua B. Goldberg is awarded $16,500.00 in attorney's fees pursuant to 42 U.S.C. § 406(b).[1]

BY THE COURT:

/s/ Craig M. Straw
CRAIG M. STRAW
U.S. Magistrate Judge

---

[1] Upon receiving the $16,500.00 award, Mr. Goldberg is ordered to directly remit to Plaintiff $3,000.00, which is the sum of the fees already paid to his firm pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.  See Gisbrecht v. Barnhart, 535 U.S. 789, 796 (2002).